**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NIELSEN HOLDINGS PLC SECURITIES LITIGATION | Civil Action No. 1:18-cv-07143-JMF |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Public Employees' Retirement System of Mississippi ("MissPERS") and additionally named Plaintiff Monroe County Employees' Retirement System ("Monroe" and, together with MissPERS, "Plaintiffs"), on behalf of themselves and all other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Sucharow LLP, hereby move this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class, including the procedures and deadlines for objecting, seeking exclusion from the Settlement Class, and submitting Claim Forms; (iv) scheduling a date for the final Settlement Hearing; (v) appointing Epiq Class Action & Claims Solutions as the Claims Administrator to administer the Settlement; and (vi) granting such other and further relief as the Court may deem fair and proper.

This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the Declaration of Christine M. Fox, dated March 15, 2022, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

Dated:  March 15, 2022                    Respectfully submitted,

                                               **LABATON SUCHAROW LLP**

                                               */s/ Christine M. Fox*
                                               Carol C. Villegas
                                               Eric J. Belfi
                                               Christine M. Fox
                                               Jake Bissell-Linsk
                                               Charles Farrell

140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
ebelfi@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com
cfarrell@labaton.com

*Lead Counsel for Plaintiffs and Proposed Settlement Class*


**ROBBINS GELLER RUDMAN**
   **& DOWD LLP**
Shawn A. Williams
Christopher P. Seefer
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
cseefer@rgrdlaw.com

**ROBBINS GELLER RUDMAN**
   **& DOWD LLP**
Ellen Gusikoff Stewart
Patton L. Johnson
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
elleng@rgrdlaw.com
pjohnson@rgrdlaw.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, I caused the foregoing Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement to be served electronically through the Court's ECF system upon all ECF participants.

                                              */s/ Christine M. Fox*
                                              CHRISTINE M. FOX