**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NIELSEN HOLDINGS PLC SECURITIES LITIGATION | Civil Action No. 1:18-cv-07143-JMF |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

PLEASE TAKE NOTICE that Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), on behalf of itself and additional counsel Robbins Geller Rudman & Dowd LLP and VanOverbeke Michaud and Timmony (with Lead Counsel, "Plaintiffs' Counsel"), will move this Court on July 20, 2022 at 4:00 p.m., either remotely or in person at the Court's discretion, before the Honorable Jesse M. Furman, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of 25% of the Settlement Fund, after the deduction of awarded litigation expenses; (ii) paying litigation expenses in the amount of $850,266.93 incurred in prosecuting the Action; and (iii) reimbursing $17,750 to Lead Plaintiff Public Employees' Retirement System of Mississippi and $5,625 to additionally named plaintiff Monroe County Employees' Retirement System for work directly related to their representation of the class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Motion for an Award of Attorneys' Fees and Payment of Expenses, dated June 15, 2022; and (ii) the Declaration of Christine M. Fox in Support of (I) Final Approval of Class Action Settlement and Plan of Allocation and (II) An Award of Attorneys' Fees and Payment of Expenses, dated June 15, 2022, with annexed exhibits.

A Proposed Order will be submitted with Lead Counsel's reply submission on or before July 6, 2022, after the deadlines for objecting and seeking exclusion have passed.

Dated:  June 15, 2022

Respectfully submitted,

**LABATON SUCHAROW LLP**

 /s/ *Christine M. Fox*
Carol C. Villegas
Eric J. Belfi
Christine M. Fox
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
ebelfi@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com

*Lead Counsel for Plaintiffs and Proposed Settlement Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams
Christopher P. Seefer
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
cseefer@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Ellen Gusikoff Stewart
Patton L. Johnson
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
elleng@rgrdlaw.com
pjohnson@rgrdlaw.com

*Additional Counsel for Plaintiffs*

2

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 15, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Christine M. Fox*
CHRISTINE M. FOX
