```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
  IN RE:                                              :
                                                      :
  NIELSEN HOLDINGS PLC                                :      18-CV-7143 (JMF)
  SECURITIES LITIGATION                               :
                                                      :             ORDER
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court received the attached letter (redacted to remove personal information), dated June 15, 2022, pertaining to the motion for attorney's fees and costs. Attached to the letter was a completed claim form in the name of someone other than the letter writer. Given that the claim form does not appear to be the letter writer's, contains personal identifying information of a third party, and is not directly relevant to the gravamen of he objection, the Court sees no reason to docket it.

      SO ORDERED.

Dated: July 20, 2022
      New York, New York

                                                             JESSE M. FURMAN
                                                    United States District Judge

Phoenix, AZ 85018
June 15, 2022

Clerk of the Court
United States District Court
Southern District Of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

To whom this may concern,

I am writing this letter regarding the Nielsen Securities Litigation and am objecting to the Plan of Allocation, specifically Lead Counsel fees. I don't Lead Counsel has earned a fee of 25% of Settlement Fund ($18,250,000 plus).

I for one will recoup 6.22% of my loss, hardly worth sending in the paperwork. Others will recoup a much smaller per cent of their loss.

It seems the only people who will profit from this class action suit are these ineffective lawyers who have been unable to prove the allegations of security fraud and therefore unable to negotiate a better settlement. They simply don't deserve 25%. I suggest that 5-10% of the settlement amount is more reasonable.

I hope that you will consider significantly reducing Lead Counsel fee.

Sincerely,

*Monica Bohlman*

Monica Bohlman