UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

IN RE:                                                    18-CV-7143 (JMF)

NIELSEN HOLDINGS PLC SECURITIES LITIGATION                    ORDER

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

     On April 12, 2023, Lead Plaintiff moved for approval of its Net Settlement Fund distribution plan.  ECF No. 161.  Any opposition to Lead Plaintiff's motion shall be filed by **May 5, 2023**.  Lead Plaintiff's reply, if any, is due within **one week** of any such opposition.  If the Court does not receive any opposition by the aforementioned deadline, it intends to grant Lead Plaintiff's motion as unopposed.

     Lead Counsel is directed to serve a copy of this Order on the one disputing claimant, *see* ECF No. 162, at 7-8; *see also* ECF No. 163-3, within **one business day** and to file proof of such service **within two business days**.

     SO ORDERED.

Dated: April 14, 2023
    New York, New York                      _____
                                                JESSE M. FURMAN
                                              United States District Judge